UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| v. | : | |
| | : | **VIOLATION:** |
| | : | **18 U.S.C. § 371 (Conspiracy)** |
| **BRYAN KINARD,** | : | |
| | : | |
| **Defendant.** | : | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Conspiracy)

1. The District of Columbia Department of Corrections ("DOC") is a penal institution with an average daily population of approximately 1,700 inmates. It is located at 1901 D Street, in Southeast, Washington, D.C.

2. The Central Detention Facility ("CDF") is one of two DOC correctional facilities in Washington, D.C. that houses adult male detainees awaiting trial, serving a misdemeanor sentence, or in transit to a BOP facility. CDF also houses federal detainees awaiting trial in the United States District Court for the District of Columbia pursuant to a contract with the Bureau of Prisons (BOP). Northwest-1 ("NW-1") and Southwest-1 ("SW-1") are maximum-security housing units located in CDF.

3. BRYAN KINARD ("KINARD") was a DOC employee and correctional officer between August 2023 and July 2024. He was assigned to the DOC CDF SW-1 housing unit from March 3, 2024 to July 12, 2024 and NW-1 housing unit from July 12, 2024 to July 25, 2024. As a correctional officer, KINARD job duties included helping maintain order and security in the D.C. Jail.

4. DOC employees, including correctional officers, receive training on policies and practices that guide everyday operations. This includes training on the interdiction of prohibited objects, or contraband.

5. DOC trains all employees to prevent the possession and introduction of contraband into facilities and to detect it when present in the facilities. Introducing or trafficking contraband of any kind to inmates is strictly prohibited, as outlined in the October 21, 2022, DOC Contraband Control Policy. The objective of this policy is to maintain "[t]he security, safety and orderly operation of all DOC facilities," and entails levying "[a]ppropriate sanctions [] against any individual who possesses, attempts to introduce introduces or traffics contraband within DOC facilities." The policy cellular telephones as major contraband. Additionally, cellular telephones are considered prohibited objects as defined in 18 U.S.C. § 1791(d)(1)(F).

6. Co-Conspirator-1 was a DOC inmate beginning on March 8, 2019, and was incarcerated in NW-1 from April 28, 2023, to March 3, 2024, and July 12, 2024, to July 25, 2024. Co-Conspirator-1 was incarcerated in SW-1 from March 12, 2024, to July 12, 2024.

## The Conspiracy

7. From at least June 30, 2024, through at least July 25, 2024, in the District of Columbia and elsewhere, the defendant, **BRYAN KINARD**, did knowingly conspire, confederate, and agree, with other persons known and unknown to the Defendant and the United States to commit and attempt to commit and aid and abet other persons to provide an inmate of a prison a prohibited object in violation of 18 U.S.C. §§ 1791(a)(1), 2.

## Purpose of the Conspiracy

8. The purpose of the conspiracy was for the conspirators and others to smuggle prohibited objects into D.C. Jail, and to possess and use the contraband therein.

2

**Manner and Means**

9. The conspirators carried out the conspiracy through the following manner and means, among others:

   a. Using jail issued phones and electronic tablets to plan and coordinate contraband smuggling;

   b. Packaging contraband in food containers and bags for better concealment;

   c. Using persons outside of CDF to facilitate contraband smuggling activities, *e.g.*, packaging and deliveries; and

   d. Introducing contraband into D.C. Jail through KINARD, DOC correctional officers.

**Acts in Furtherance of the Conspiracy**

**Smuggling Incident 1**

*June 30, 2024*

10. On the June 30, 2024, at 12:38 p.m. and at the direction of Co-Conspirator-1, KINARD, exited the D.C. Jail and walked directly to a gray Honda stopped at the intersection of 20th and D Street, Southeast

11. At 12:39 p.m., Individual-1 handed KINARD a blue bag containing a rectangular Tupperware container with a blue top.

12. At 12:40 p.m., KINARD walked into the staff entrance of the D.C. Jail with the blue bag. At 12:43 p.m., KINARD removed the Tupperware container with the blue top from the blue bag and sent it through the x-ray machine for screening. KINARD then entered CDF with the Tupperware container with the blue top.

3

13. At approximately 12:52 p.m., KINARD entered the SW-1 unit with the Tupperware container with the blue top. At 2:48 p.m. KINARD hand the Tupperware container with the blue top to Co-Conspirator-1. At 2:48 p.m., Co-Conspirator-1 entered his assigned cell.

## Smuggling Incident 2

*July 7, 2024*

14. On July 7, 2024, at 11:33 a.m., KINARD and Co-Conspirator-1 had a conversation in SW-1. Immediately following that conversation, KINARD exited SW-1.

15. At 11:36 a.m., KINARD exited CDF and walked to his vehicle in the DOC staff parking area.

16. At 12:02 p.m., a gray Honda sedan drove in front of CDF and stopped in the staff parking area near KINARD's vehicle.

17. At 12:04 p.m., KINARD approached the gray 4-door sedan and received a green bag from Individual-1. Upon receiving the bag, KINARD walked back towards CDF and the gray vehicle exited the staff parking area.

18. At 12:06 p.m., KINARD entered the CDF staff entrance carrying a green bag.

19. At 12:07 p.m., KINARD approached the security screening area and removed two Tupperware containers—one with a red top and one with a green top—from the green bag and placed them in a gray bin to pass through the x-ray machine.

20. At 12:14 p.m., KINARD exited the security screening area and walked into CDF with both Tupperware containers.

21. At 12:16 p.m., KINARD entered SW-1 with both containers and walked into the control module—the locked room in the unit where the corrections officers monitor inmates and have the ability to lock and unlock doors and cells.

22. At 1:03 p.m., KINARD handed the Tupperware container to Co-Conspirator-1 through the control module door.

23. At 1:04 p.m., Co-Conspirator-1 entered his cell with both containers followed by Inmate-2.

### Smuggling Incident 3

*July 21, 2024*

24. At 11:55 a.m., KINARD described to Inmate-1 the exact location of his car in the jail parking lot.

25. At 12:00 p.m., KINARD wrote his license plate number on a piece of paper. KINARD showed the piece of paper to Co-Conspirator-1 and said, "tell her that's my license plate number."

26. At 12:00 p.m., Individual-2 parked her silver hatchback next to KINARD's vehicle. Individual-2 exited her car and placed a Popeye's bag with a Tupperware container into KINARD's vehicle before returning to her car and driving away.

27. At 12:23 p.m., KINARD had a conversation with Inmate-1 and Inmate-2 about when they wanted KINARD to take his lunch break and retrieve the Tupperware container. KINARD informed Inmate-1 and Inmate-2 that Co-Conspirator-1 instructed him to put the container in the room where the inmates have access to electronic tablets.

28. At 12:49 p.m., KINARD exited CDF and walked to his vehicle in the staff parking lot. At 1:29 p.m., KINARD returned from his lunch with the Popeye's bag. KINARD walked to the security area and placed the bag in the in the x-ray scanner. KINARD then removed a Tupperware container with an orange top from the bag, containing two cellular phones, and placed

the container into a clear plastic bag. He then walked with the Tupperware container from the security area to NW-1.

29. As soon as KINARD entered NW-1, at approximately 1:38 p.m., Inmate-2 was waiting outside the tablet room. KINARD noted how heavy the Tupperware container was and handed it to Inmate-2.

30. KINARD then obtained the key to the tablet room and went inside with Inmate-2. KINARD noted to Inmate-2 that Co-Conspirator-1 "normally puts it in his bag." KINARD then set down the container and instructed Inmate-2 to tell Co-Conspirator-1 where KINARD put it.

31. At approximately 1:42 p.m., KINARD escorted Co-Conspirator-1 to the tablet room where he left the Tupperware container. Co-Conspirator-1 carried his laundry bag. As the two walked together, KINARD described the exact location of the container inside the room.

32. Inside the room, KINARD warned Co-Conspirator-1 that the container is heavy, and Co-Conspirator-1 loaded the container into the laundry bag. Co-Conspirator-1 exited the tablet room and walked back towards his cell with the orange bag.

33. At 1:43 p.m., Co-Conspirator-1 brought the bag with the container inside his cell.

(In violation of Title 18, United States Code, Section 371)

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   _/s/ Joshua Gold_____
Joshua Gold
Assistant United States Attorney
Texas Bar No. 24103101
601 D Street, N.W.

Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov